# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve Galeazzi,<br><br>   Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>   Respondents. | No. CV-16-02510-PHX-ROS<br><br>**ORDER** |

On March 23, 2017, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending the Court deny Petitioner Steve Galeazzi's petition for writ of habeas corpus. The R&R further recommended the Court not issue a Certificate of Appealability. Petitioner did not file objections but, on April 3, 2017, he filed a document titled "Motion to Request a Certificate of Appealability." That motion requests the petition "be moved to the 9th Circuit Court of Appeals." (Doc. 14). The motion does not, however, explain why Petitioner believes a Certificate of Appealability is merited nor does it contain any indication how Petitioner disagrees with the R&R. Because Petitioner did not file any meaningful objections, the R&R will be adopted in full, including the recommendation that a Certificate of Appealability be denied. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED IN FULL**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

**IT IS FURTHER ORDERED** the Motion/Request for Certificate of Appealability (Doc. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal of portions of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable and other portions of the petition do not make a substantial showing of the denial of a constitutional right.

Dated this 1st day of May, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge